UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Unsealing Order** |
| v. | S1 23 Cr. 396 (JGLC) |
| JOSEPH MALVASIO, a/k/a "Joe Cohen," GREGG MARCUS, a/k/a "Gregg Pierce," and CHRISTOPHER POLK, a/k/a "Myron Miles," | |
| Defendants. | |

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Matthew Podolsky, by Assistant United States Attorneys Jackie Delligatti and Georgia V. Kostopoulos;

It is found that the Superseding Indictment in the above-captioned case is currently sealed, and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 14, 2025

*Jessica Clarke*
_____
HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK