March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Christopher Polk ,
                Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

23 -CR- 396 (__)(__)

Defendant __Christopher Polk__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

**X**    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Christopher Polk**
Print Defendant's Name

_____
Defense Counsel's Signature

**Michael D. Bradley**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3·19·2025
Date

_____
U.S. District Judge/U.S. Magistrate Judge