BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 24, 2025

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Malvasio, et al.*, S1 23 Cr. 396 (JGLC)

Dear Judge Clarke:

  I represent Christopher Polk in the above referenced matter. Mr. Polk resides in Georgia. The next conference in this matter is currently scheduled for March 26, 2025. I write to respectfully request that Mr. Polk be permitted to appear at the conference remotely.

  On August 10, 2023, the Honorable Gabriel W. Gorenstein unsealed the original two-count indictment in this matter as to defendants Joseph Malvasio and Gregg Marcus (Dkt. No. 3). The Court subsequently issued orders setting a schedule for pretrial filings and a trial date of May 27, 2025 (Dkt. Nos. 59, 67). On March 14, 2025, the government filed the instant superseding indictment, adding a third count and charging Mr. Polk with Counts One and Three (Dkt. No. 70). On that same date, Mr. Polk surrendered in the Middle District of Georgia and was released on a personal recognizance bond. On March 19, 2025, Mr. Polk was arraigned via videoconference by Magistrate Judge Katherine Parker, at which time he pleaded not guilty to the instant indictment. (Dkt. No. 86).

  Within the last 30 days, Mr. Polk underwent a heart catheterization procedure and has been diagnosed with atrial fibrilization, which manifests as elevated and irregular heartbeat, as well as dizziness and lightheadedness. He has reached out to his physician to determine whether he is medically cleared for air travel.

  Mr. Polk is mindful that this conference constitutes his initial appearance before Your Honor, during which the parties anticipate discussing scheduling and existing pretrial deadlines. However, under these circumstances, I write to respectfully request that Mr. Polk be permitted to attend the March 26, 2025, conference remotely.

We appreciate the Court's time and attention to this matter.

Sincerely,

Michael D. Bradley
*Attorney for Christopher Polk*

Cc: AUSA Jaclyn Delligatti
AUSA Georgia V. Kostopoulos
AUSA Peter John Davis
(*via ECF*)