**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

March 24, 2025

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Malvasio, et al.*, S1 23 Cr. 396 (JGLC)

Dear Judge Clarke:

      I represent Christopher Polk in the above referenced matter. The next conference in this matter is currently scheduled for March 26, 2025. I write briefly to amend Mr. Polk's previous request to appear at the conference remotely, filed earlier today (Dkt. No. 89). By Assistant United States Attorney Jaclyn Delligatti, the government consents to the request.

      We appreciate the Court's time and attention to this matter.

      Sincerely,

      Michael D. Bradley
      *Attorney for Christopher Polk*

Cc:    AUSA Jaclyn Delligatti
       AUSA Georgia V. Kostopoulos
       AUSA Peter John Davis
       (*via ECF*)