# BRADLEY LAW FIRM
### A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

**MEMO ENDORSED**

April 7, 2025

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. Mr. Polk is permitted to remotely attend the status conference set for April 8, 2025 at 3:00 p.m. The Clerk of Court is directed to terminate the letter motion at ECF No. 107.
>
> Dated: April 7, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

Re:  *United States v. Malvasio, et al.*, S1 23 Cr. 396 (JGLC)

Dear Judge Clarke:

    I represent Christopher Polk in the above referenced matter. Mr. Polk resides in Georgia. The next conference in this matter is currently scheduled for April 8, 2025. I write to respectfully request that Mr. Polk be permitted to appear at the conference remotely. The government consents to this request, and his written consent to appear remotely is attached as Exhibit A.

    Mr. Polk has been diagnosed with atrial fibrilization, which manifests as elevated and irregular heartbeat, as well as dizziness and lightheadedness. He has a doctor's appointment this afternoon to determine whether he is medically cleared for air travel. He has not yet personally appeared, and he understands that the Court intends to rule on co-defendant Marcus' motion to sever during the conference, which may affect the impending trial date. However, under these circumstances, I write to respectfully request that Mr. Polk be permitted to attend the April 8, 2025, conference remotely.

    We appreciate the Court's time and attention to this matter.

Sincerely,

Michael D. Bradley
*Attorney for Christopher Polk*

Cc:  AUSA Jaclyn Delligatti
       AUSA Georgia V. Kostopoulos
       AUSA Peter John Davis
       (*via ECF*)