UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH MALVASIO, ET AL.,

Defendants.

23-CR-396 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As discussed at the conference, trial in this matter shall begin on **February 23, 2026**. The final pretrial conference will be on **February 9, 2026 at 10:00 a.m.** The parties shall confer regarding the rescheduling of all other pretrial disclosure deadlines previously set by the Court. The parties shall submit a joint letter with the proposed schedule by April 18, 2025. The proposed schedule shall ensure that all submissions to the Court are due at least one week before the final pretrial conference, and all other deadlines should be consistent with the Court's prior order while taking into account counsel's preexisting commitments and permitting defense counsel enough time to sufficiently prepare for trial.

Dated:  April 9, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge