UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                                                   :

UNITED STATES OF AMERICA                            :

        -v-                                                             :                       23-CR-396 (JGLC)

JOSEPH MALVASIO, ET AL.,                          :                       <u>SCHEDULING ORDER</u>

                        Defendants.        :

------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

      The Court has reviewed the parties' proposed pretrial deadlines. *See* ECF Nos. 118 and 123. In light of the new trial date, the deadlines proposed by counsel, defense counsel's travel schedule and to allow counsel sufficient time to prepare for trial and for defense to prepare their expert disclosures, the Court sets the following schedule:

      Trial in this case is scheduled for **February 23, 2026** at **10:00 a.m.**

| December 12, 2025 | Government's expert witness disclosure |
| December 19, 2025 | Joint exchange of preliminary witness lists |
| January 9, 2026 | Joint exchange of preliminary exhibit lists |
| January 27, 2026 | Defense expert witness disclosure |
| February 2, 2026 | Government's Giglio/3500 material disclosure<br>Joint proposed voir dire<br>Joint proposed jury instructions<br>Joint proposed verdict forms<br>Motions *in limine*<br>Daubert motions |
| February 9, 2026 | Oppositions to Daubert motions<br>Oppositions to motions *in limine*<br>Exhibit lists with parties' objections per Individual Rule 1(f) |

      Also on **February 2, 2026**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

      It is further ORDERED that the final pretrial conference previously scheduled for February 9, 2026 will now be held on **February 13, 2026**, at **10:00 a.m.** in **Courtroom 11B** of

the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 118 and 120.

SO ORDERED.

Dated: April 29, 2025
New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge