UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

UNITED STATES OF AMERICA,          :

                             :

      -v-                       :          S1 23-CR-396 (JMF)

                             :

JOSEPH MALVASIO, a/k/a "Joe Cohen,"  :        SCHEDULING ORDER
GREGG MARCUS, a/k/a "Gregg Pierce," and  :
CHRISTOPHER POLK, a/k/a "Myron Miles,"  :

                             :

            Defendants.       :

                             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, this case was reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines — including the trial date of February 23, 2026 — shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court.  The parties shall appear for a pretrial conference on **October 1, 2025**, at **10:30 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, **500 Pearl Street**, New York, New York 10007 (which is the undersigned's new courtroom).  **Unless the Court grants leave to do otherwise, the pretrial conference must be attended by the Defendants and all attorneys who will serve as principal trial counsel.**  At the conference, the parties should be prepared to address the pending motion to adjourn the trial date, *see* ECF No. 131, and any other matters requiring the Court's attention.

      Further, no later than **September 26, 2025**, the parties shall confer and file a joint status letter providing the following information in separately numbered paragraphs:

(1) each party's position as to the motion to adjourn the trial date, with specific reference to any and all docket entries that the Court should review with respect to the issue;

(2) all existing deadlines, due dates, and/or cut-off dates;

(3) any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

(4) any outstanding motions, including the date (and docket number) of each such motion and the nature of the relief sought;

(5) an estimate of the length of trial; and

(6) any other matters that require the Court's attention.

The parties must familiarize themselves with the Court's Individual Rules and Practices for Criminal Case and Individual Rules and Practices for Trials, both of which are available at http://nysd.uscourts.gov/judge/Furman.

SO ORDERED.

Dated: September 22, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2