UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

           - v. -

JOSEPH MALVASIO, GREGG MARCUS,
and CHRISTOPHER POLK,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION**

No. 23 Cr. 396 (JMF(

TO:    Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney for the
                      Southern District of New York

                 by:  _Kevin A. Grossinger_

                      Kevin Grossinger
                      Assistant United States Attorney
                      (212) 637-2426
                      kevin.grossinger@usdoj.gov

TO:    Counsel of Record (via ECF)