

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 27, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Malvasio, et al.*, **S1 23 Cr. 396 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter-motion requesting ten additional pages for its motion *in limine*, which would increase the page limit from twenty-five pages to thirty-five pages.  Defendants Malvasio and Marcus, through counsel, consent to this request, and defendant Polk takes no position.

.

Application GRANTED.  Defendants are granted a corresponding enlargement of the page limit for their opposition.  The Clerk of Court is directed to terminate ECF No. 193.

SO ORDERED.

April 27, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ____/s/_____
     Adabelle U. Ekechukwu
     Patrick Gallagher
     Micah F. Fergenson
     Georgia V. Kostopoulos
     Assistant United States Attorneys

cc:  All counsel of record (by ECF)