UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA         :

                                   :

       -v-                         :                    23-CR-396 (JMF)

JOSEPH MALVASIO et al.,      :

                                   :                    UNSEALING ORDER

                Defendants.       :

                                   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       At the final pretrial conference held on June 2, 2026, the Court ordered the parties to advise whether the motions and attachments filed at ECF Nos. 219 and 222 should continue to be sealed/redacted.  *See* ECF No. 227.  To date, the parties have not filed anything to that effect. Accordingly, those filings are hereby UNSEALED.  The parties shall file unredacted versions of those filings on the public docket no later than **June 11, 2026**.

       SO ORDERED.

Dated:  June 4, 2026
       New York, New York                                                    JESSE M. FURMAN
                                                United States District Judge